# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHEFFIELD METALS CLEVELAND, LLC dba SHEFFIELD METALS INTERNATIONAL, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY MURPHY, an individual; STACEY ROSE MURPHY, an individual; MAJESTIC METALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. ED CV 21-2131-DMG (SPx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) [63]** |

　　Pursuant to the parties' Stipulation [Doc. # 63] and good cause appearing, the Court hereby orders the above-captioned action dismissed with prejudice as to all remaining claims, with each party to bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: August 21, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE